# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
U.S. Securities and Exchange Commission

**DEFENDANTS**
Terraform Labs PTE, Ltd. and Do Kwon

**Attorney's** (Firm Name, Address, and Telephone Number)
James P. Connor
U.S. Securites and Exchange Commission
100 F St, NE, Washington DC, 20549-5950
(202) 551-8394 (Connor)

**Attorneys (If Known)**
Douglas W. Henkin; Stephen J. Senderowitz
Dentons LLP
1221 Avenue of the Americas, New York, NY 10020-1089
(212) 768-6832 (Henkin); (312) 876-8141 (Senderowitz)

**DESCRIPTION OF CASE**
Application for an Order to Show Cause and for an Order Requiring Compliance with Administrative Subpoenas

Has this or a similar case been previously filed in SDNY ?

No? [✔]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings

- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [✔] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order From Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47**B** Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case In This Court
- [ ] M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

**NATURE OF CASE CONTINUED**

☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
☐ M 52 Application for Leave to File a Complaint
☐ M 53 Order Barring Individual from Entering Courthouse Building
☐ M 54 Immigration Naturalization - Order Delaying Deportation
☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
☐ M 58 Application for Extension of Time to File Petition for Removal
☐ M 59 Application to Produce Federal Prisoner in State Court
☐ M 67 Notice of Eviction to Squatters (USA Cases)

☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
☐ M 72 Order of Attachment of Another District – EDNY
☐ M 73 Subpoena to Government Agency
☐ M 75 Application for Writ of Garnishment
☐ M 76 Central Violations Bureau
☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
☐ M 90 Order of Attachment
☐ M 93 Letters Rogatory  _____
☐ M 94 Other  _____

☐ M 98 Application to file a civil case under seal.

DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:

JUDGE_____MISCELLANEOUS CASE NUMBER _____

NOTE: **Please submit at the time of filing an explanation of why cases are deemed related**

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

U.S. Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Terraform Labs PTE Ltd., 80 Raffles Place, #32-01, UOB Plaza, Singapore 048624

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:

Mr. Do Kwon, resident of the Republic of Korea

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No ✔    Yes ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐    MANHATTAN ✔

| DATE | **SIGNATURE OF ATTORNEY OF RECORD** | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 11/12./2021 | /s/ James P. Connor | ✔ U.S. GOVERNMENT ATTORNEY |
| | | ☐ NO |
| RECEIPT # | | ☐ YES (DATE ADMITTED MO._____ YR. _____) ATTORNEY BAR CODE # _____ |

Ruby J. Krajick, Clerk of Court, _____    Dated_____

by Rev. 04/2019