# EXHIBIT 4

| | |
|---|---|
| **From:** | Landsman, Roger J |
| **Sent:** | Wednesday, July 28, 2021 2:17 PM |
| **To:** | 'Senderowitz, Stephen J.'; Henkin, Douglas W.; Hitchins, Kathleen M |
| **Subject:** | Mirror Protocol (HO-14164) |

Steve and Doug-

We would appreciate it if you can put in writing your positions regarding each document request, or at least let us know your positions on the document requests we were unable to discuss on the call today so we can discuss internally.

Regards,

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: (202) 551-7501