# EXHIBIT 5

| | |
|---|---|
| **From:** | Senderowitz, Stephen J. <stephen.senderowitz@dentons.com> |
| **Sent:** | Thursday, July 29, 2021 9:42 AM |
| **To:** | Landsman, Roger J |
| **Cc:** | Henkin, Douglas W.; Hitchins, Kathleen M |
| **Subject:** | Re: Mirror Protocol (HO-14164) |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for your email Roger and we hope to respond in the next day or two. Best regards. Stephen

Stephen Senderowitz
Dentons US LLP
Mobile. 312 493 8769
Sent from iPhone

[https://protect2.fireeye.com/v1/url?k=71f286d8-2e69bffe-71f2626e-867666c9b37a-9434d096ab34dbde&q=1&e=72f619d8-ef5c-488e-8ed9-e45b3a37cb97&u=http%3A%2F%2Flogo.dentons.com%2Fdentons_logo.png]

Stephen J. Senderowitz
Partner

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 8141   |   M +1 312 493 8769   |   US Internal 18141
stephen.senderowitz@dentons.com<mailto:stephen.senderowitz@dentons.com>
Bio<https://protect2.fireeye.com/v1/url?k=da67b708-85fc8e2e-da6753be-867666c9b37a-1565ac08cf42e012&q=1&e=72f619d8-ef5c-488e-8ed9-e45b3a37cb97&u=http%3A%2F%2Fwww.dentons.com%2Fch.aspx%3Femail%3Dstephen.senderowitz%40dentons.com%26action%3Dbiolink>   |   Website<https://protect2.fireeye.com/v1/url?k=1e0e29a1-41951087-1e0ecd17-867666c9b37a-9849431fcd6b1eab&q=1&e=72f619d8-ef5c-488e-8ed9-e45b3a37cb97&u=http%3A%2F%2Fwww.dentons.com%2F>

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

On Jul 28, 2021, at 1:16 PM, Landsman, Roger J <landsmanr@sec.gov> wrote:

[WARNING: EXTERNAL SENDER]
_____
Steve and Doug-

We would appreciate it if you can put in writing your positions regarding each document request, or at least let us know your positions on the document requests we were unable to discuss on the call today so we can discuss internally.

Regards,

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: (202) 551-7501