# EXHIBIT 6

| | |
|---|---|
| **From:** | Landsman, Roger J |
| **Sent:** | Monday, August 16, 2021 11:53 AM |
| **To:** | 'Senderowitz, Stephen J.'; Hitchins, Kathleen M |
| **Cc:** | Henkin, Douglas W. |
| **Subject:** | RE: 1. ▮▮▮▮  2. Terraform |

Stephen:

We issued a voluntary document request to Terraform Labs on July 22, 2021 with a response due date of August 6, 2021.  Ten days later, we have yet to receive any documents from Terraform Labs.  Below, you indicated that you were going to email early last week a response to my July 28, 2021 email, which we have not yet received either.  What is the status of the reply?

Regards,

Roger Landsman
(202) 551-7501

---

**From:** Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>
**Sent:** Friday, August 06, 2021 1:17 PM
**To:** Landsman, Roger J <landsmanr@SEC.GOV>; Hitchins, Kathleen M <hitchinsk@SEC.GOV>
**Cc:** Henkin, Douglas W. <douglas.henkin@dentons.com>
**Subject:** 1. ▮▮▮▮  2. Terraform

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Kathleen and Roger,

1. Please see attached letter regarding ▮▮▮▮.

2. We had hoped to get you the Terraform response to your July 28 email by today, but it is still under review and we hope to transmit it to you early next week.

Best regards,

Stephen


**Stephen J. Senderowitz**
Partner

D +1 312 876 8141  |  M +1 312 493 8769  |  US Internal  18141
stephen.senderowitz@dentons.com

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

1

Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

2