# EXHIBIT 10

## UNITED STATES OF AMERICA
### Before the
## SECURITIES AND EXCHANGE COMMISSION

Case Number: _

vs.

Re::
**In the Matter of Mirror Protocol, HO-14164**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Terraform Labs, PTE Ltd. Co-Founder/Director: Do Kwon, New York Marriott Marquis, 1535 Broadway, New York, NY 10036**.

I, Michael Phelan, do hereby affirm that on the **20th day of September, 2021** at **10:14 am, I:**

Served Cover Letter in Re: Mr. Kwon; Subpoena in the Matter of Mirror Protocol, HO-14164; Data Delivery Standards; Addendum A; Addendum B; Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena; Declaration of --- Certifying Records or Regularly Conducted Business Activity personally to Do Kwon as Director of Terraform Labs, PTE Ltd. Co-Founder/Director: Do Kwon. Service occurred at New York Marriott Marquis, 1535 Broadway, New York, NY 10036.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.



Michael Phelan

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2021010126
Ref: 21-ENF-80

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

