# EXHIBIT 14

| | |
|---|---|
| **From:** | Henkin, Douglas W. <douglas.henkin@dentons.com> |
| **Sent:** | Friday, October 01, 2021 4:10 PM |
| **To:** | Landsman, Roger J |
| **Cc:** | Hitchins, Kathleen M; Senderowitz, Stephen J. |
| **Subject:** | Mirror Protocol (HO-14164) |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SUBJECT TO FRE 408

Dear Roger,

We've spoken preliminarily to our clients, Do Kwon and Terraform Labs, about the subpoenas the Commission issued on September 17 and purported to serve on Mr. Do in New York on September 20.  We have not yet made a determination regarding our views of whether that service was valid under the Commission's rules and whether service on TFL could in any event be accomplished by serving Mr. Do.  We invite the Commission to provide any precedent or other decisional authority that it believes support its views.

In the interim, we assume that the Commission would like to continue to try to have productive discussions about a potential resolution, as would TFL, and suggest focusing our efforts there as opposed to subpoena issues that may turn out to be distractions. To that end, we request that the Commission temporarily suspend all return dates in the subpoenas so we can focus on whether the matter can be resolved.

Although we disagree with any assertion that MIR tokens or mAssets fit the statutory definition of a security, we are also wondering how the Commission believes it would be possible for MIR tokens or mAssets to be registered as securities. We welcome as much detail as possible about the Commission's views regarding what process the Commission believes could be used to seek registration of MIR tokens or mAssets and who the Commission believes the filing "issuer" would be in such circumstances.

We look forward to your response.

Doug

**大成 DENTONS**   **Douglas W. Henkin**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 768 6832   |   US Internal 16832
douglas.henkin@dentons.com
Bio   |   Website

Dentons US LLP

Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.