# EXHIBIT 15

| | |
|---|---|
| **From:** | Landsman, Roger J |
| **Sent:** | Thursday, October 07, 2021 2:01 PM |
| **To:** | 'Senderowitz, Stephen J.'; Henkin, Douglas W. |
| **Cc:** | Hitchins, Kathleen M |
| **Subject:** | Mirror Protocol (HO-14164) |

Doug and Stephen-

Thank you for taking the time to speak earlier today.  As discussed, the staff is willing to move the return dates to October 29, 2021 for the document subpoenas to Terraform Labs PTE Ltd and Do Kwon, and the testimony date for Mr. Kwon to December 15, 2021.

In the meantime, if you have anything you would like to discuss, please feel to reach out to me or Kathleen.

Regards,

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: (202) 551-7501