# EXHIBIT 16

| | |
|---|---|
| **From:** | Landsman, Roger J |
| **Sent:** | Tuesday, October 19, 2021 1:51 PM |
| **To:** | 'Senderowitz, Stephen J.'; Henkin, Douglas W. |
| **Cc:** | Muoio, Reid; Hitchins, Kathleen M |
| **Subject:** | Mirror Protocol (HO-14164) |

Stephen and Doug-

When we last spoke, we asked that you get back to us by October 22 regarding our settlement proposal.  If you are planning on having a phone call, let's put something on the calendar now.  We are available before 10:30am ET, or from noon to 2pm ET on Friday.  If you would like to speak earlier in the week or plan to email us a response, please let us know.

Regards,

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: (202) 551-7501