IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

U.S. Securities and Exchange
Commission

| | | |
|---|---|---|
| Plaintiff | | Case Number |
| vs. | | No. 1:21-mc-00810 |
| Terraform Labs PTE, Ltd. and Do Kwon | | |
| Defendant | | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Terraform Labs PTE, Ltd. and
Do Kwon

| | | |
|---|---|---|
| Plaintiff | | Case Number |
| vs. | | No. 1:21-cv-08701-JPO |
| U.S. Securities and Exchange Commission | | |
| Defendant | | |

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary
                 dismissal, settlement, court decision.  Also, state whether there is an appeal
                 pending.)

✔  Open          (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed on October 22, 2021.  See Compl., ECF No. 1., Terraform Labs PTE, Ltd. v. U.S.
Securities and Exchange Commission, No. 1:21-cv-08701-JPO (S.D.N.Y Oct. 22, 2021).  To date, there have
been no court rulings.

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

The newly filed case, a subpoena enforcement action filed by the U.S. Securities and
Exchange Commission ("SEC") on November 12, 2021, is related to the earlier filed case
because both involve the same parties and the same SEC investigative subpoenas served
upon Terraform Labs PTE, Ltd. ("Terraform") and Do Kwon ("Kwon") in September 2021.
The complaint in the earlier action, filed by Terraform and Kwon in October 2021, requests
that the Court, among other things, "quash[ ] the subpoenas," because of allegedly improper
service. See Compl., ECF No. 1, at 11, Terraform Labs PTE, Ltd., et al. v. SEC, No. 1:
21-cv-08701-JPO (S.D.N.Y. Oct. 22, 2021); but see Sprecher v. Graber, 716 F.2d 968, 974
(2d Cir. 1983) (holding that a subpoena enforcement action under the Section 21(c) of the
Securities Exchange Act of 1934 [15 U.S.C. § 78u(c)] "is the exclusive method by which the
validity of SEC investigations and subpoenas may be tested in the federal courts.").

Because the newly filed subpoena enforcement action requests that the Court enforce the
same subpoenas that the earlier filed action seeks to quash, the cases are related.

Signature:  /s/ James P. Connor          Date: 11/12/2021

           U.S. Securities and Exchange Commission
           100 F Street, NE, Washington, DC 20549
Firm: