UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Applicant,<br>          v.<br><br>TERRAFORM LABS PTE, LTD. and DO KWON,<br><br>                    Respondents. | No. 1:21-mc-00810 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James P. Connor hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3, along with certificates of good standing from the District of Columbia Court of Appeals and the Supreme Court of Virginia.

1

Dated: November 12, 2021                                  Respectfully submitted,

                                                               /s/ James P. Connor
                                            JAMES P. CONNOR
                                            U.S. Securities and Exchange Commission
                                            100 F Street, N.E.
                                            Washington, D.C.  20549
                                            Tel:  (202) 551-8394
                                            Email:  connorja@sec.gov

## **CERTIFICATE OF SERVICE**

I certify that on November 12, 2021, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by ECF on all parties who have made an ECF appearance.

_/s/ James P. Connor_
JAMES P. CONNOR
