UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Applicant,<br>      v.<br><br>TERRAFORM LABS PTE, LTD. and DO KWON,<br><br>                              Respondents. | No. 1:21-mc-00810 |

## AFFIDAVIT OF JAMES P. CONNOR

I, James P. Connor, declare as follows:

1.     I am in good standing of the bars of the District of Columbia and the Commonwealth of Virginia (inactive status), and there are no pending disciplinary proceedings against me in any state or federal court.

2.     I have never been convicted of a felony.

3.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4.     I do not have any disciplinary proceedings presently pending against me.

/
/
/
/
/
[*space intentionally left blank*]
/
/
/

1

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 11, 2021

JAMES P. CONNOR

JOHN THIERO
Notary Public - Maryland
Montgomery County
My Commission Expires on
October 16, 2024

11/11/21

2