# **EXHIBIT 1**

**From:** Senderowitz, Stephen J.
**Sent:** Thursday, May 27, 2021 11:01 AM
**To:** 'LandsmanR@sec.gov' <LandsmanR@sec.gov>
**Cc:** 'HitchinsK@sec.gov' <HitchinsK@sec.gov>; Henkin, Douglas W. <douglas.henkin@dentons.com>
**Subject:** Terraform Labs


Roger,

My contact information is in the signature block below. Doug's contact info is:

Douglas W. Henkin
(O) 1 212 768 6832
douglas.henkin@dentons.com

We can have an initial call at 4 pm this afternoon with you and Kathleen. If acceptable please circulate a call in number.

Steve



Stephen J. Senderowitz
Partner

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 8141   |   M +1 312 493 8769   |   US Internal 18141
stephen.senderowitz@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret >

For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.