# **EXHIBIT 5**

| | |
|---|---|
| **From:** | Landsman, Roger J |
| **Sent:** | Tuesday, September 28, 2021 10:38 AM |
| **To:** | 'Senderowitz, Stephen J.'; Hitchins, Kathleen M |
| **Cc:** | Henkin, Douglas W. |
| **Subject:** | RE: Mirror Protocol Follow-up (HO-14164) |

Stephen,

Thank you for the below email.  Currently, Kathleen and I can speak anytime between 1:30 and 3:30pm ET today or 1:30 and 3pm ET tomorrow.  Please let us know what time you prefer.

The staff served subpoenas on Mr. Kwon pursuant to Rule 150(d)(1).  If you have further questions, we can discuss when we speak.

If you would like a copy of the Formal Order, your signed request should be addressed to Assistant Director Reid Muoio.  Reid is in the Home Office, so the address is 100 F Street, NE, Washington, D.C. 20549.  You can email Kathleen and me a copy of the request and we will process it.  Below is sample language to use in your request:

*"The undersigned represents [client's name] in the above captioned matter.  Pursuant to 17 C.F.R. §203.7 [I/we] hereby request on behalf of [my/our] client[s] to be furnished with a copy of the Commission's Formal Order of Investigation in the above matter.  [I/We] warrant that the Formal Order and information contained therein will remain confidential and will not be disseminated to any person or party except [my/our] client[s] for use in connection with [my/our] representation of [him/her/it/them] in this matter."*

Please let me know if you have any questions.  We look forward to talking soon.

Regards,

Roger Landsman
(202) 551-7501


Roger Landsman
(202) 551-7501

---

**From:** Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>
**Sent:** Sunday, September 26, 2021 5:58 AM
**To:** Landsman, Roger J <landsmanr@SEC.GOV>; Hitchins, Kathleen M <hitchinsk@SEC.GOV>
**Cc:** Henkin, Douglas W. <douglas.henkin@dentons.com>
**Subject:** RE: Mirror Protocol Follow-up (HO-14164)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Roger,

In response to your below request, we can have a call on Tuesday afternoon. Please suggest available times.

In connection with the subpoenas attached to your 9/20/21 email, we request a copy of the order entered pursuant to Rule 150(b) of the Rules of Practice by the Commission authorizing personal service of the subpoenas upon Mr. Kwon.

Further, we request pursuant to Rule 7 of the Commission's Rules Relating to Investigations that you show us a copy of the formal order of investigation for HO-14164. Also please advise me of the identity and address of the specific Assistant Director I need to contact to request that a copy of the formal order be provided to us.

Thank you for your cooperation with the above requests.

Very truly yours,

Stephen

**Stephen J. Senderowitz**
Partner

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 8141   |   M +1 312 493 8769   |   US Internal 18141
stephen.senderowitz@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Landsman, Roger J <landsmanr@SEC.GOV>
**Sent:** Friday, September 24, 2021 3:32 PM
**To:** Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>; Henkin, Douglas W. <douglas.henkin@dentons.com>; Hitchins, Kathleen M <hitchinsk@SEC.GOV>
**Subject:** Mirror Protocol Follow-up (HO-14164)

**[WARNING: EXTERNAL SENDER]**

---

Stephen:

I am following up on the voicemail I left earlier today.  We would like to touch base regarding the emails I sent earlier in the week.  Please let us know when you have a time to speak.

Regards,

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: (202) 551-7501