

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
100 F STREET N.E.
WASHINGTON, DC 20549-5985

DIVISION OF ENFORCEMENT

James P. Connor
Trial Counsel
Direct Dial: 202-551-8394
connorja@sec.gov

December 21, 2021

**VIA ECF**

The Honorable J. Paul Oetken
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:    Letter-Motion to Extend The Deadline to File Reply Brief**
*SEC v. Terraform Labs PTE Ltd., et al.*, No. 2:21-mc-00810-JPO

Dear Judge Oetken:

Pursuant to ¶ 3(C) of Your Honor's Individual Rules and Practices in Civil Cases, the U.S. Securities and Exchange Commission ("SEC") respectfully submits this letter-motion to extend the deadline for the SEC's reply in support of our Application for an Order Requiring Compliance with Subpoenas ("Subpoena Enforcement Action") by 7 days, from December 24, 2021 to December 31, 2021.  *See* Docket Entry ("repl[y] due by December 24, 2021") (no docket number) (December 3, 2021).[1]  The SEC has not previously requested an extension of this date, and counsel for Respondents Terraform Labs PTE, Ltd. and Do Kwon ("Respondents") consents to our request.

There is good cause for SEC's extension request.  The SEC filed the Subpoena Enforcement Action on November 12, 2021, the Court convened a status conference on December 3, 2021, and Respondents filed their Opposition on December 17, 2021.  Since that time, SEC counsel has not had meaningful time to prepare the SEC's reply due to, among other things, (1) a December 20, 2021 motion-to-dismiss argument in *SEC v. Morningstar Credit Ratings, LLC*, 20-cv-01359-RA (S.D.N.Y.) that was scheduled after the status conference in this case, along with associated preparation for the motion-to-dismiss argument; and (2) preparation of a complaint filed on December 20, 2021 in *SEC v. Kliushin, et al.*, Civil Action No. 21-CV-12088) (D. Mass).  SEC counsel also will not have sufficient time to prepare the reply brief this week due in part to childcare responsibilities because of an unexpected closure of his son's school on December 22, 2021, due to a COVID-19 outbreak.

---

[1] A previous docket entry set the due date for our reply as December 23, 2021.  ECF No. 15 (December 3, 2021).  To the extent that the current deadline is December 23, 2021, the SEC requests an 8-day extension of time, so that out reply would be due on December 31, 2021.

The Honorable J. Paul Oetken
December 21, 2021
Page 2

      Accordingly, the SEC respectfully requests that the Court extend the time for the SEC to file our reply in support of the Subpoena Enforcement Action by 7 days, from December 24, 2021 to December 31, 2021.

                                                Respectfully submitted,

                                                /s/ James P. Connor
                                                JAMES P. CONNOR
                                                Trial Counsel
                                                U.S. Securities and Exchange Commission
                                                100 F Street, NE
                                                Washington, DC 20549
                                                Telephone:  (202) 551-8394
                                                Email:  Connorja@sec.gov

cc:     All counsel of record by ECF