# **EXHIBIT A**

**From:** Connor, James <connorja@SEC.GOV>
**Sent:** Tuesday, December 21, 2021 12:54 PM
**To:** Henkin, Douglas W. <douglas.henkin@dentons.com>; Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>; Petts, Nicholas W. <nicholas.petts@dentons.com>
**Cc:** Landsman, Roger J <landsmanr@SEC.GOV>; Hitchins, Kathleen M <hitchinsk@SEC.GOV>
**Subject:** SEC v. Terraform Labs PTE, Ltd., et al., Case No. 1:21-mc-00810 (JPO)

**[WARNING: EXTERNAL SENDER]**

Dear Counsel:

I am writing to obtain your position on our request for a one-week extension of the December 24, 2021 due date for our reply brief in the above-captioned subpoena enforcement action, which would bring the deadline to December 31, 2021, if granted. Among other things, the request is prompted by my commitments in other cases, including a motion to dismiss argument on December 20, 2021 (*SEC v. Morningstar Credit Ratings, LLC*, 20-cv-01359-RA (SDNY)), as well as a complaint filed in the District of Massachusetts on December 20, 2021 (*SEC v. Kliushin*, et al., Civil Action No. 21-CV-12088) (D. Mass).

I'd appreciate you letting me know your position today, so that I can include your position in the letter-motion that I plan to file today. If you do not consent to our request, please let me know your reasoning, as I am required to include that information in the letter-motion (see applicable rule below).

Thanks very much, and please let me know if you have any questions.

James P. Connor
Trial Counsel
U.S. Securities and Exchange Commission
Enforcement Division
100 F Street, NE
Washington, DC 20549-5950
(202) 551-8394 (direct)
connorja@sec.gov


INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES J. PAUL OETKEN UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

Rule 3(c):  <u>Requests for Adjournments or Extensions of Time</u>. All requests for adjournments or extensions shall be made by letter motion, filed on ECF, and must state: (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether the previous requests were granted or denied; (4) whether the adversary consents, and if not, the reasons given by the adversary for refusing to consent; and (5) if a party requests to extend discovery beyond a previously scheduled conference, whether the conference should be adjourned (and, where relevant, proposing alternative dates). All requests for adjournments and extensions of time shall be made at least 48 hours before the scheduled deadline or appearance.