# **EXHIBIT B**



# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
100 F STREET N.E.
WASHINGTON, DC 20549-5985

**DIVISION OF ENFORCEMENT**

James P. Connor
Trial Counsel
Direct Dial: 202-551-8394
connorja@sec.gov

December 2, 2021

VIA ECF

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *SEC v. Morningstar Credit Ratings, LLC*, No. 1:21-cv-01359-RA

Dear Judge Abrams:

Pursuant to Your Honor's Memo Endorsement dated November 29, 2021 (ECF No. 36), Plaintiff Securities and Exchange Commission (SEC) and Defendant Morningstar Credit Ratings, LLC (MCR) submit this joint letter to provide the parties' availability for oral argument the week of December 13, 2021 on MCR's motion to dismiss (ECF No. 20), and to propose alternative dates if the Court is amenable to oral argument dates other than the week of December 13, 2021.

The parties have the following conflicts the week of December 13, 2021: (1) SEC counsel has multiple medical appointments on December 13, 2021 that would be difficult to reschedule; and (2) MCR's team is unavailable for the remainder of the week of December 13, 2021, because of a combination of an ongoing trial in California and longstanding scheduled testimony of three witnesses in active SEC investigations requiring counsel to be in multiple different cities that week.

If the Court is amenable to dates other than the week of December 13, 2021, the parties respectfully request that the Court schedule argument for the week of December 20, 2021 or January 3, 2022.

The Hon. Ronnie Abrams
December 2, 2021
Page 2

Respectfully submitted,
`

| | |
|---|---|
| /s/ James P. Connor | /s/ Stephen L. Cohen |
| Melissa J. Armstrong | Stephen L. Cohen |
| James P. Connor | David S. Petron |
| U.S. SECURITIES & EXCHANGE COMMISSION | Benjamin M. Mundel |
| Division of Enforcement | SIDLEY AUSTIN, LLP |
| 100 F Street, NE | Washington, DC 20549 |
| (202) 551-8394 (Connor) | 1501 K Street, NW |
| connorja@sec.gov | Washington, DC 20005 |
| *Counsel for Plaintiff* | (202) 736-8000 (Mundel) |
| | bmundel@sidley.com |
| | *Counsel for Defendant* |

The Court shall hear argument in this case on Monday, December 20, 2021 at 12:00 p.m. Argument will be held via video conference. The Court will contact counsel before argument with details for logging into the conference.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 3, 2021