# EXHIBIT A

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-mc-00810-JPO U.S. Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al Status Conference |
| **Date:** | Friday, December 3, 2021 4:49:23 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/3/2021 at 4:48 PM EST and filed on 12/3/2021

| | |
|---|---|
| **Case Name:** | U.S. Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al |
| **Case Number:** | 1:21-mc-00810-JPO |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Judge J. Paul Oetken: Telephonic Status Conference held on 12/3/2021. Respondent's response to the pending motion is due by December 17, 2021 with replies due by December 24, 2021. (see transcript) (bh)**

**1:21-mc-00810-JPO Notice has been electronically mailed to:**

Douglas W Henkin     douglas.henkin@dentons.com, docket.general.lit.nyc@dentons.com, douglas-henkin-8930@ecf.pacerpro.com

James Patrick Connor     connorja@sec.gov

**1:21-mc-00810-JPO Notice has been delivered by other means to:**