# EXHIBIT B

| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
|---|---|
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:21-cv-01359-RA U.S. Securities and Exchange Commission v. Morningstar Credit Ratings, LLC Memo Endorsement |
| Date: | Friday, December 3, 2021 5:54:40 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/3/2021 at 5:54 PM EST and filed on 12/3/2021

| **Case Name:** | U.S. Securities and Exchange Commission v. Morningstar Credit Ratings, LLC |
|---|---|
| **Case Number:** | 1:21-cv-01359-RA |
| **Filer:** | |
| **Document Number:** | 38 |

**Docket Text:**
**MEMO ENDORSEMENT on re: [37] Letter filed by U.S. Securities and Exchange Commission, ENDORSEMENT: The Court shall hear argument in this case on Monday, December 20, 2021 at 12:00 p.m. Argument will be held via video conference. The Court will contact counsel before argument with details for logging into the conference. SO ORDERED. (Signed by Judge Ronnie Abrams on 12/3/2021) ( Status Conference set for 12/20/2021 at 12:00 PM before Judge Ronnie Abrams.) (ks)**

**1:21-cv-01359-RA Notice has been electronically mailed to:**

Melissa Jane Armstrong    armstrongme@sec.gov

Stephen L Cohen    scohen@sidley.com, dcefilingnotice@sidley.com, stephen-cohen-5004@ecf.pacerpro.com

Benjamin M. Mundel     bmundel@sidley.com, benjamin-mundel-6151@ecf.pacerpro.com, dcefilingnotice@sidley.com, nyefiling@sidley.com

James Patrick Connor     connorja@sec.gov

David Petron     dpetron@sidley.com, david-petron-1168@ecf.pacerpro.com, dcefilingnotice@sidley.com

Cody L. Reaves     cody.reaves@sidley.com, cody-reaves-6425@ecf.pacerpro.com, dcefilingnotice@sidley.com

Christopher R. Mills     cmills@sidley.com, christopher-mills-8041@ecf.pacerpro.com, dcefilingnotice@sidley.com

**1:21-cv-01359-RA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/3/2021] [FileNumber=26894178-0] [8e1d1f707809def9cc36e73489695d49e28f15b52d733ba9db7545969f35bda854 c1f210aa4b66522eeb9f213ad3d9f2ed952186577583e33b70c49f9f9212b9]]