UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Applicant,<br><br>v.<br><br>TERRAFORM LABS PTE, LTD. and DO KWON,<br><br>　　　　　　　　　　Respondents. | Civil Action No. 1:21-mc-00810 (JPO)<br><br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Respondents Terraform Labs PTE Ltd. and Do Kwon appeal to the United States Court of Appeals for the Second Circuit from the Order dated and entered February 17, 2022 (Dkt. No. 28) granting the U.S. Securities and Exchange Commission's ("SEC") application for an order requiring compliance with investigative subpoenas for documents and testimony in connection with the SEC's investigation entitled *In the Matter of Mirror Protocol* (File No. HO-14164).

Dated: February 22, 2022

Respectfully submitted,

*/s/ Douglas W. Henkin*
Douglas W. Henkin
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6832
Facsimile: (212) 768-6800

Nicholas W. Petts (*pro hac vice* forthcoming)
1900 K Street NW
Washington, D.C. 20006
Telephone: (202) 496-7356
Facsimile: (202) 496-7756

*Counsel for Respondents Do Kwon and Terraform Labs PTE, Ltd.*

## CERTIFICATE OF SERVICE

  I, Douglas Henkin, an attorney, hereby certify that on February 22, 2022, I electronically filed the foregoing **NOTICE OF APPEAL** by using the CM/ECF system, which will send notification of such filing to all counsel of record.

                *s/ Douglas W. Henkin*
                Douglas W. Henkin