# **EXHIBIT A**

| | |
|---|---|
| **From:** | Connor, James <connorja@SEC.GOV> |
| **Sent:** | Wednesday, February 23, 2022 8:34 AM |
| **To:** | Henkin, Douglas W. |
| **Cc:** | Senderowitz, Stephen J.; Petts, Nicholas W. |
| **Subject:** | RE: Case 1:21-mc-00810-JPO U.S. Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al |

**[WARNING: EXTERNAL SENDER]**

Dear Mr. Henkin:

The SEC intends to oppose a request for a stay of the Court's February 17, 2022 order granting our subpoena enforcement application. We also do not presently intend to join in the scheduling request detailed in your February 21, 2022 email.

Best regards,

James P. Connor
Trial Counsel
U.S. Securities and Exchange Commission
Enforcement Division
100 F Street, NE
Washington, DC 20549-5950
(202) 551-8394 (direct)
connorja@sec.gov

**From:** Henkin, Douglas W. <douglas.henkin@dentons.com>
**Sent:** Monday, February 21, 2022 5:58 PM
**To:** Connor, James <connorja@SEC.GOV>
**Cc:** Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>; Petts, Nicholas W. <nicholas.petts@dentons.com>
**Subject:** Case 1:21-mc-00810-JPO U.S. Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Connor,

I write in connection with the above-captioned case. In connection with their appeal of Judge Oetken's decision, TFL and Mr. Kwon plan to seek expedited treatment of that appeal. We intend to propose the following briefing schedule to the Second Circuit, and would like to know whether the SEC would join in that request:

Appellants' Opening Brief Due:  March 15, 2022
Appellee's Opposition Brief Due:  March 29, 2022
Appellants' Reply Brief Due:  April 5, 2022

Please let us know by 12pm on February 23, 2022 whether the SEC would join that scheduling request. In addition, please let us know whether, in light of that proposed schedule, the SEC still intends to oppose TFL's and Mr. Kwon's request for a stay pending appeal.

Best regards,

Doug Henkin

### Douglas W. Henkin

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 768 6832   |   US Internal 16832
douglas.henkin@dentons.com
Bio   |   Website

Dentons US LLP

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.