Case 1:21-mc-00810-JPO Document 40 02/11/392 Filed 03/14/22 Page 1 of 1

S.D.N.Y.—N.Y.C.
21-mc-810
Oetken, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11ᵗʰ day or March, two thousand twenty-two.

Present:
  José A. Cabranes,
  Reena Raggi,
  Susan L. Carney,
    *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 11 2022
```

United States Securities and Exchange Commission,

  *Petitioner-Appellee*,

v.                                                                                      No. 22-368

Terraform Labs Pte Ltd. and Do Kwon,

  *Respondents-Appellants*.

Appellants move for a stay of the District Court's order pending appeal and expedited briefing and consideration of their appeal. Upon due consideration, it is hereby ORDERED that:
  (1) The motion for a stay of the District Court's order pending appeal is DENIED; and
  (2) On consent, the motion for expedited briefing and consideration of the appeal is GRANTED.

On consent, the expedited briefing schedule proposed by Appellants is hereby adopted. Accordingly, Appellants' opening brief is due on **March 15, 2022**; Appellee's opposition brief is due on **March 29, 2022**; and Appellants' reply brief is due on **April 5, 2022**. The matter is REFERRED to the next available merits panel. SO ORDERED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 3/11/2022